# UNITED STATES BANKRUPTCY COURT
### District of South Carolina (Charleston)

| | |
|---|---|
| IN RE: | Case No.: 13-06195 |
| Debtors: Edward Lee Brockington | Loan Number (Last 4): 6715 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| DLJ Mortgage Capital, Inc. | Christiana Trust |
| Serviced by Select Portfolio Servicing, Inc. | Fay Servicing, LLC |
| Name of Transferee | Name of Transferor |
| | |
| 3217 S. Decker Lake Dr. | Court Claim # (if known): 16 |
| Salt Lake City, UT 84115 | Amount of Claim: $0.00 |
| | Date Claim Filed: 05/05/2015 |
| | |
| Phone: 866-247-1722 | Last Four Digits of Acct #: 4320 |
| Last Four Digits of Acct #: 6715 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 866-247-1722

Last Four Digits of Acct #: 6715

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| By: | /s/ Aubryanna Rutherford | Date: 05/12/2017 |
| | BK Specialist | |

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

473211-6375faa8-d31d-46f9-b1bc-18fb20d3ccfc